McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
 *jonathan.carlson@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO INSURANCE AGENCY, INC.,

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANICE L. VAZZANA, | Case No. 2:20-CV-01281-RFB-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSIVE PLEADING** |
| v. | |
| GEICO INSURANCE AGENCY, INC., | |
| Defendant. | |

(**FIRST REQUEST**)

Plaintiff, JANICE L. VAZZANA, by and through her counsel of record, the Krieger Law Group, LLC, and GEICO INSURANCE AGENCY, INC., by and through its counsel of record, the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth LLP, hereby stipulate that the initial responsive pleading to Plaintiff's Complaint shall be extended, with the Court's approval, from the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd Suite 350
Las Vegas, NV 89113

Case No. 2:20-CV-01281-RFB-VCF
STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSIVE PLEADING

current deadline of August 3, 2020 to September 2, 2020.  This is the parties' first stipulation to extend time to file the responsive pleading to the Complaint.

Dated:  July 31, 2020

                                KRIEGER LAW GROUP, LLC


By    */s/ Shawn Miller*
David Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
2850 West Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Tel. (702) 848-3855

Attorneys for JANICE L. VAZZANA

Dated:  July 31, 2020

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP


By    */s/ Jonathan W. Carlson*
Jonathan W Carlson, Esq.
Nevada Bar No. 10536
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for GEICO INSURANCE AGENCY, INC.

**IT IS SO ORDERED.**

Dated:  7-31-2020

_____
United States Magistrate Judge

6994774.1