David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Janice L. Vazzana*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANICE L. VAZZANA,<br><br>           Plaintiff,<br><br>vs.<br><br>GEICO INSURANCE AGENCY, INC.,<br><br>           Defendant. | Case No.: 2:20-cv-01281-RFB-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>(First Request) |

JANICE L. VAZZANA ("Plaintiff"), by and through her counsel, together with GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO ADVANTAGE INSURANCE COMPANY, and GEICO CHOICE INSUANCE COMPANY, erroneously listed in the caption as "Geico Insurance Agency, Inc." ("GEICO"), by and through its counsel, collectively the "Parties", hereby stipulate and agree to extend the time for Plaintiff to file a response to GEICO'S Notice of Motion and Motion to Dismiss; Memorandum of Points & Authorities ("Motion") and shows the Court as follows:

1. The Motion was filed on September 2, 2020 and appears on the docket as ECF #8. Plaintiff's response to the Motion is currently due on or before September 16, 2020. Plaintiff has requested a two-week extension of time to respond to the Motion to **September 30, 2020**

2. The reason for the extension is because Plaintiff's counsel needs additional time to fully analyze, research and fully respond to the legal issues raised in the Motion under the Electronic Funds Transfer Act (EFTA).

3. The extension is not sought for an improper purpose. This is Plaintiff's first request and GEICO has agreed to the requested extension of time. Additionally, the short extension will not prejudice the Parties.

Stipulated and Agreed: Dated September 14, 2020.

Submitted by:                                    No Opposition:

*/s/ Shawn W. Miller*                            */s/ Jonathan W. Carlson*
David H. Krieger, Esq.                           Jonathan W. Carlson, Esq.
Shawn W. Miller, Esq.                            McCORMICK, BARSTOW, SHEPPARD,
KRIEGER LAW GROUP, LLC                           WAYTE & CARRUTH, LLP
2850 W. Horizon Ridge Pkwy., Suite 200           8337 West Sunset Road, Suite 350
Henderson, Nevada 89052                          Las Vegas, Nevada 89113
*Attorneys for Plaintiff*                        *Attorneys for GEICO*

## ORDER GRANTING EXTENSION OF TIME

IT IS SO ORDERED.                     _____
                                      RICHARD F. BOULWARE, II
                                      UNITED STATES DISTRICT JUDGE

                                      DATED this 14th day of September, 2020.