David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No.  7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Janice L. Vazzana*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANICE L. VAZZANA,<br><br>Plaintiff(s),<br><br>vs.<br><br>GEICO INSURANCE ANGENCY, INC.,<br><br>Defendant(s). | Case No.: 2:20-cv-01281-RFB-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION, WITH PREJUDICE** |

Janice L. Vazzana ("Plaintiff") and Government Employees Insurance Company, GEICO Advantage Insurance Company, and GEICO Choice Insurance Company (collectively, "GEICO"), incorrectly identified in the caption as "GEICO Insurance Agency, Inc.," collectively the "Parties", by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff Janice L. Vazzana filed her Complaint in this Court on July 9, 2020, naming "Geico Insurance Agency Inc." as the sole Defendant.

WHEREAS, on September 2, 2020, Government Employees Insurance Company, GEICO Advantage Insurance Company, and GEICO Choice Insurance Company (collectively "GEICO"), all erroneously sued by Plaintiff as GEICO Insurance Agency, Inc. and/or "GEICO Insurance Agency, Inc.", filed a Motion to Dismiss under Federal Rule of Civil Procedure, rules 12(b)(1) and 12(b)(6), including Declarations setting forth facts and documents which GEICO requested that the Court incorporate by reference into the Complaint.

WHEREAS, pursuant to Stipulation and Order entered on September 14, 2020, Plaintiff's time to respond to GEICO's Motion to Dismiss was extended to September 30, 2020.

WHEREAS, on September 28, 2020, counsel for Plaintiff communicated Plaintiff's offer to dismiss the case with prejudice, to counsel for GEICO.

THEREFORE, IT IS STIPULATED that the above-entitled action shall be dismissed in accordance with Fed. R. Civ. P. 41 (a)(2).

IT IS EXPRESSLY STIPULATED that this dismissal shall be with prejudice.

IT IS FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

By signing below, the undersigned counsel hereby warrant and certify that their respective clients have given them full and complete authority to enter into this dismissal, with prejudice, on their client's behalf.

STIPULATED and DATED on October 1, 2020.

| | |
|---|---|
| /s/ Shawn W. Miller | /s/ Jonathan W. Carlson |
| David H. Krieger, Esq. | Jonathan W. Carlson, Esq. |
| Shawn W. Miller, Esq. | McCormick, Barstow, Sheppard, Wayte & Carruth LLP |
| KRIEGER LAW GROUP, LLC | |
| 2850 W. Horizon Ridge Parkway | 8337 West Sunset Road, Suite 350 |
| Suite 200 | Las Vegas, Nevada 89113 |
| Henderson, Nevada 89052 | Attorneys for *Government Employees Insurance Company, GEICO Advantage Insurance Company, and GEICO Choice Insurance Company, erroneously sued as GEICO Insurance Agency, Inc. and/or "GEICO Insurance Agency, Inc."* |
| Attorneys for Plaintiff | |
| *Janice L. Vazzana* | |

## **ORDER**

The Court hereby orders this case dismissed, with prejudice.

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   9th day of October, 2020.